IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TONNEY HORATIO KERBAY,

    Plaintiff,

    v.

DO PETTIS
AT ATLANTA FIELD OFFICE, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-1146-TWT

**ORDER**

This is a pro se mandamus action by an alien awaiting deportation. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action without prejudice. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 26 day of April, 2017.

                              /s/Thomas W. Thrash
                              THOMAS W. THRASH, JR.
                              United States District Judge